**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:14-cv-167-GCM**

| | | |
|---|---|---|
| MOHAMMAD M. KARGARIAN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| O'REILLY'S AUTO PARTS STORES, | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

     **THIS MATTER** is before the Court for an Order directing service of process on Defendant O'Reilly's Auto Parts Stores following Plaintiff's compliance with this Court's prior order requiring Plaintiff to submit his EEOC Charge of Discrimination to the Court.  On May 8, 2014, the Court entered an Order granting Plaintiff's Motion to Proceed in Forma Pauperis. (Doc. No. 3).  The Clerk of Court is directed to notify the United States Marshal who, pursuant to FED. R. CIV. P. 4(c)(3), shall serve process upon Defendant, in accordance with FED. R. CIV. P. 4.  Plaintiff has attached to the Complaint a summons form with Defendant's address.  (Doc. No. 1-1 at 1).

     All costs of service shall be advanced by the United States.  Any recovery in this action will be subject to payment of fees and costs, including service of process fees and the full filing fee.

Signed: June 25, 2014

Graham C. Mullen
United States District Judge